IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ernest Woods 116928 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )      CIVIL ACTION NO. 2:05CV918-F
 )      (To be supplied by Clerk of
Mr. Donal Campbell, Commissioner )      U.S. District Court)
Mr. Warden, Forniss )
Staton Health Care Unit )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

2005 SEP 27 A 9:59

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action? YES ( )  NO (✓)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment? YES ( )  NO (✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT STATON C.C.
A3-20 - P.O. Box 56, AL. 36025-0056

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED STATON C.C.
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                ADDRESS
1. MR. DONAl CAMPBELL, DEPT. C.C.   1400 Lloyd Street Montg. Al. 36107
2. MR. WARDEN, FORNISS,  P.O. Box 56 Elmore, Al. 36025-0056
3. STATON HEAlTh CARE Unit, P.O. Box 56 Elmore, Al. 36025-0056
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Around Aug 2004 - 2005, Due that time

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Fail to Let me And The Populations Know that we was uses the same Clipper And others things that the Inmates with Hepatitis C are uses.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I didn't have Hepatitis C until I got to STATON and come to fine out, the Inmates, who got Hepatitis C, was uses the Same Hair Cut Clipper And Shave Clipper that the populations are uses. I was not told about Hepatitis until I got it.

GROUND TWO: I was giving a Blood Transfusion around 2002 or 2003, The Health Care unit refuse to let me have the paper on it.

SUPPORTING FACTS: Due 2002, 2003 I was giving a Blood Transfusion, at Huntsville memory Hospital and I've asked the STATON Health Care unit to give me, My medical Record, so I can see if the Blood was bad or not. But I've taking number of Blood work since them.

GROUND THREE: My Right was taking when I was not told of Inmate with Hepatitis C, uses everythings other do.

SUPPORTING FACTS: I didn't have the Choose to Make on giving Hepatitis C Cause The STATes fail to let anyones know that all the populations was uses the same Shave Clipper, Hair cut Clipper and other things when they know that it not clear enough for others to uses

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Pay the Court, Pay for me, to get Treatment for that. And Give me, my I.G.T. Good Times Back OR Pay me for putting my life at a Short time to live. $1000,000 Dollars

_Ernest Woods 116978_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-29-005
            (Date)

_Ernest Woods 116978_
Signature of plaintiff(s)

4