U.S. District Court for the Middle District of ALABAMA

~~IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA~~

2005 SEP 27 A 10:00

Ernest Woods #116978
Plaintiff(s)/Petitioner(s)

vs. MR. Donal Campbell, Commissioner, Warden, MR. Forniss, Prison Health Services, Staton C.C.

CIVIL ACTION NO. 2:05cv418-F
(To be supplied by Clerk of Court)

Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Ernest Woods 116978, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in _forma pauperis_ in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: _____

II. RESIDENCE:
Your address: P.O. Box 56 . Staton C.C.
(Street)
Elmore    Alabama    36025-0056
(City)    (State)    (Zip Code)

III. MARITAL STATUS:
1. Single ✓    Married ____    Separated ____    Divorced ____
2. If married, spouse's full name: _____

IV. DEPENDENTS:
1. Number: self
2. Relationship to dependent(s): _____
3. How much money do you contribute toward your dependents' support on a monthly basis? $ _____

Revised 12/14/01

V. **EMPLOYMENT:**
   1. Name of employer: _NA_
      a. Address of employer: _____
         (Street)
         _____
         (City)        (State)        (Zip Code)
      b. How long have you been employed by present employer?
         Years: _NA_   Months _____
      c. Income: Monthly $_____ or Weekly $_____
      d. What is your job title? _____

   2. If unemployed, date of last employment: _NA_
      Amount of salary and wages received per month in last employment: $ _____

   3. Is spouse employed? _NA_  If so, name of employer: _____
      a. Income: Monthly $_____ or Weekly $_____
      b. What is spouse's job title? _____

   4. Are you and/or your spouse receiving welfare aid? _____
      If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____
      b. Full Address: _____
      c. In whose name: _____
      d. Estimated value -------------------------- $ _____
      e. Total amount owed ---------------------- $ _____
         Owed to: _____ $ _____
         _____ $ _____
      _NA_
      f. Annual income from property ------------------ $ _____

   _NA_
   2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
      a.                          Asset (1)              Asset (2)
         Make & Model:        _____    _____
         In whose name registered? _____    _____
         Present Value of Asset: _____    _____
         Amount owed:         _____    _____
         Owed to:             _____    _____
      b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _____

2

*NA*

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment - $ _____
Rent payments, interest or dividends -------------- $ _____
Pensions, annuities or life insurance payments ------- $ _____
Gifts or inheritances ------------------------- $ _____
Stocks, bonds or notes ----------------------- $ _____
Tax refunds, Veteran benefits or social security benefits $ _____
Any other sources --------------------------- $ _____

3. Obligations:
   a. Monthly rental on house or apartment ----------- $ _____
   b. Monthly mortgage payments on house ----------- $ _____

4. Other information pertinent to your financial debts and obligations:

   *NA*

   | (Creditor) | (Total debt) | (Monthly payment) |
   |---|---|---|
   | (Creditor) | (Total debt) | (Monthly payment) |
   | (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

I've been in prison for 28 yrs And At the time of my arrested, I was Still in High School. In the 10th grade

Other (Explain): _____

_____

_____

3

## VIII. FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_____      _____
         DATE                       SIGNATURE OF PLAINTIFF/PETITIONER

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 0.32 on account to his/her credit at Staton CF (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

9/21/05                         Estelle Weathers
DATE                            Business Office, Staton
                                SIGNATURE OF AUTHORIZED OFFICER

5

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

9-21-05
DATE

Ernest Wood 116978
SIGNATURE OF PLAINTIFF/PETITIONER

P.O. Box 56
ADDRESS
Elmore, AL 36025-0056

4

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                STATON CORRECTIONAL FACILITY


AIS #: 116978      NAME: WOODS, ERNEST              AS OF: 09/20/2005

                   # OF         AVG              MONTHLY
         MONTH     DAYS       BALANCE            DEPOSITS
---------------------------------------------------------------------
         SEP       10          $0.37              $0.00
         OCT       31          $0.37              $0.00
         NOV       30          $0.37              $0.00
         DEC       31          $0.37              $0.00
         JAN       31          $0.37              $0.00
         FEB       28          $0.37              $0.00
         MAR       31          $0.37              $0.00
         APR       30          $0.37              $0.00
         MAY       31          $0.37              $0.00
         JUN       30          $0.37              $0.00
         JUL       31          $0.37              $0.00
         AUG       31          $2.13             $55.00
         SEP       20         $11.97             $20.00
```

RECEIVED 2005 SEP 27 A 10:00 CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA