**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Tiffany Loveless* ☑ Agent ☐ Addressee

B. Received by (Printed Name): Tiffany Loveless
C. Date of Delivery: 10/6/05

D. Is delivery address different from item 1? ☑ Yes ☐ No
If YES, enter delivery address below:
2:05cv918-F
Proc order + comp.

1. Article Addressed to:

Mr. Forniss,
Warden
P.O. Box 56
Elmore, AL
36025-0056

3. Service Type
☐ Certified Mail  ☐ Express Mail
☑ Registered     ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service): 7004 2510 0001 0150 3081

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540