| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Renee Daniels* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Renee Daniels  10/6/05 |
| 1. Article Addressed to:<br>Mr. Donal Campbell<br>Dept. of Corr.<br>1400 Lloyd St.<br>Mont, AL 36107 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:05cv918<br>pro ord + cmp |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 3098 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540