Oct 24-05

REC[E]
2005 OCT 26
DE[...]

Ernest Woods 116978
Limestone C.F. 14BD-16B
28779 Nick Davis Road
Harvest, AL. 35749-7009

Dear Mr. Coody, Clerk..

I'm writing to let the Court know that I've been transfer too Limestone C.F. And my Civil Action No. 2:05-CV-918-F (WO) At the top is my full address sir.

Ernest Woods 116978
Civil Action No. 2:05-CV-918-F (WO)