IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERNEST WOODS, #116978, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv918-F |
| | ) | |
| DONAL CAMPBELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 5, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation is ADOPTED.

2. That the plaintiff's claims against the Staton Health Care Unit are DISMISSED WITH PREJUDICE prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and that the Staton Health Care Unit is DISMISSED as a party to this complaint.

3. That this case, with respect to the remaining defendants, is REFERRED BACK to the Magistrate Judge for additional proceedings.

Done this the 28th day of October 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE