IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERNEST WOODS, #116978** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 2:05-CV-918-F |
| | ) (WO) |
| **MR. DONAL CAMPBELL, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE SPECIAL REPORT

COME NOW, the defendants **Commissioner Donal Campbell and Warden Leon Forniss,** by and through Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure (FRCVP) 6(b)(2), for an enlargement of time to comply with this Honorable Court's October 5, 2005 ORDER, establishing a deadline for the defendants to comply. The undersigned has encountered some difficulty and delay in securing the affidavits and other discovery materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional forty (40) days to gather the necessary information and file the Special Report.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ Cheairs M. Porter
CHEAIRS M. PORTER (POR015)
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that this 8th day of November, 2005 served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

    Mr. Ernest Woods, #116978
    Limestone Correctional Facility
    28779 Nick Davis Road
    Harvest, AL 35749-7009

    /s/ Cheairs M. Porter
    CHEAIRS M. PORTER (POR015)
    ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL**
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130
(334) 353-8811