IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ERNEST WOODS, #116 978 | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 2:05-CV-918-F |
| DONAL CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' motion (Doc. 10) is GRANTED; and

2. Defendants are GRANTED an extension from November 14, 2005 to December 27, 2005 to file their answer and written report.

Done this 10th day of November, 2005.

                                                      /s/Charles S. Coody
                                                      CHARLES S. COODY
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE