IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERNEST WOODS, #116978,    )
            )
  PLANTIFF,      )
            )
  V.         ) CIVIL ACTION NO. 2:05-CV-918-F
            )
DONAL CAMPBELL,  et al.,   )
            )
  DEFENDANTS,    )

**A F F F D A V I T**

**State of Alabama**  :

**Elmore County**   :

    Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared Leon Forniss, who being known to me And being by me duly sworn, deposes and says on oath as follows:

    My name is Leon Forniss.  I am presently employed by the Alabama Department of Corrections as a Correctional Warden III at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025.  I am over twenty-one years of age.

    This is my response to the complaint made by inmate Ernest Woods #116978. I have reviewed the complaint of Inmate Woods.

    Hair clippers, shaving clippers and other hair care equipment used in the Inmate Barbershop are sterilized on a continual basis with ultraviolet light.  Sterilization spray is kept on hand to spray hair and shaving clippers, as well while other equipment, such as combs are immersed in a sterile solution.

    In my official capacity, I cannot render a decision on Inmate Woods alleging that he is a hepatitis patient.  I have to rely on the Medical Staff and their professional opinions to keep me informed on what their methods of treatments and diagnosis are for each individual patient.



EXHIBIT

1

The Department of Corrections does not personally treat inmates. All healthcare needs for inmates throughout the Alabama Department of Corrections is contracted with Prison Health Services.

The contracted medical provider, Prison Health Services will provide medical care and treatment for inmate Woods medical needs.

I personally have no knowledge of inmate Woods requesting to review is medical file. I have not received a request from inmate Woods to review his medical file.

On October 24, 2005, Officer Annie Latimore, Staton Administrative Service Officer delivered a copy of the complaint to Director of Nursing, Darryl Ellis to deliver to the Prison Health Service attorney for their response to the complaint in regards to issues that was to be addressed by the Medical Staff.

To my knowledge, the above-related facts are the entirety of my involvement with inmate Ernest Woods concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Ernest Woods.

_LEON FORNISS_

SWORN TO and SUBSCRIBED before me this _22nd_ day of November 2005.

_NOTARY PUBLIC_

_12 - 06 - 08_

My Commission Expires