IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERNEST WOODS, #116978 | * |
| | * |
| Plaintiff, | * CIVIL ACTION NUMBER 2:05cv918-F |
| | * |
| vs. | * |
| | * |
| MR. DONAL CAMPBELL, et. al., | * |
| | * |
| Defendants. | |

### AFFIDAVIT OF MICHAEL W. BOSSERMAN, M.D.

STATE OF ALABAMA

COUNTY OF Limestone

BEFORE ME, James Bailey, a notary public in and for said County and State, personally appeared Michael W. Bosserman, M.D., and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Michael W. Bosserman. I am a medical doctor and am over twenty-one years of age. I am personally familiar with all of the facts set forth in this affidavit. I have been licensed as a physician in Alabama since 1991. I have served as the Medical Director for Limestone Correctional Facility since January 2004. At all pertinent times, my employment at Limestone has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.



EXHIBIT 2

Ernest Woods is currently incarcerated as an inmate at Limestone. I am familiar with Mr. Woods' medical history and conditions, and have seen and evaluated him as a patient. I have also reviewed Mr. Woods' medical records, (certified copies of which are being produced to the Court along with this Affidavit).

Mr. Woods was referred to the Huntsville Hospital for ~~corrective hernia~~ rectal hemorrhoid surgery [mwb 12/23/05] in February of 2002. He presented with anemia and was subsequently given blood in furtherance of the operation. Mr. Woods claims in his complaint that the blood he received from Huntsville Hospital was tainted with the Hepatitis C virus.[1] Since Huntsville Hospital's medical records are not maintained as part of this inmate's correctional medical records, I am unable to determine whether the blood he received was tainted; however, I can say with certainty that neither the Alabama Department of Corrections nor Prison Health Services, Inc. had any control over the blood supply this inmate was afforded during his February 2002 operation. Any and all blood utilized in this corrective surgery would have been maintained pursuant to Huntsville Hospital's protocol."

Further affiant sayith not.

*Michael W. Bosserman, M.D.*

---

[1] Mr. Woods' medical records indicate that he was diagnosed with an abnormal liver enzyme panel in January of 2004. Pursuant to this finding he was afforded subsequent evaluation and was ultimately diagnosed with Hepatitis C in June of 2005.

2

STATE OF ALABAMA              )

COUNTY OF Limestone           )

I, James Bailey _____, a Notary Public in and for said State and County, hereby certify that Michael W. Bosserman, M.D. who being known to me and who being duly sworn, and whose name is signed to the foregoing document, acknowledged before me on this date that being first informed of the contents of said document, having read the same, and understanding its purpose and effect, voluntarily executed the same upon the above-stated date.

SWORN TO and SUBSCRIBED BEFORE ME on this the 24th day of December, 2005.

NOTARY PUBLIC
My Commission Expires: 8-16-06

(NOTARIAL SEAL)

3