

# HEALTH SERVICES REQUEST FORM

FEB 13 2002

Print Name: Ernest Woods    Date of Request: 2-13-002
ID#: 116978    Date of Birth: 12-13-59    Housing Location: 10-24B

Nature of problem or request: Everytime use the bathroom, Lot of Blood And stay weak, need My Blood pressure check. Please See Me. thank you very Much.

Ernest Wood 116978
Sign here for consent to be treated by health staff for the condition described

PLACE THIS SLIP IN MEDICAL BOX OR DESIGNATED AREA
DO NOT WRITE BELOW THIS AREA
*************************************************************

## HEALTH CARE DOCUMENTATION

Subjective: pt c/o dizziness, almost to point of passing out

Objective: BP 135/86  P 84  R 20  T ___

Assessment: Hx of internal hemorrhoids, Q palpated

Plan: Colace 100mg PO BID x 30d
hemorrhoid supp BID x 3d
H&H

Refer to: ___ PA/Physician ___ Mental Health ___ Dental

Signature: ___   Title: RN   Date: 2-13-02   Time: ___

EXHIBIT 3

## PHYSICIAN PROGRESS NOTES

Patient Name: Woods, Ernest  I.D. # 116978  Institution: LCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/18/02 | | Pt. with severe anemia 2° to rectal bleeding from hemorrhoids. Was placed on bed rest pending a trip to hosp for transfusion and surgery. No complaints. Seen in no apparent distress in bed. A: severe anemia P: Send to HSV in AM for blood transfusion and surgical consult. | Simon, MD |
| 2/19/02 | | S: still bleeding rectally, but not as severe if rest. Denies SOB. Tires easily. O: BM in AAD. Alert and O×3. A: Severe Anemia 2° to bleeding hemorrhoids P: Pt. to be sent today to HSV hosp. for blood trans. and surgical eval. Keep at BR.  S.Spp—/Dr. Simon | Simon, MD |

## PHYSICIAN PROGRESS NOTES

Patient Name: Woods, Ernest   I.D. #: 116978   Institution: LCF

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 2/15/02 | | Pt. with H/O bleeding from hemorrhoid. Had an H+H done yesterday. Results: 5.7/19.0 | |

Pt. was called for evaluation. Complaining of feeling extremely weak. No chest pain or palpitation.

Phys ex:
Apparently healthy male in no distress.
BP 130/90  P 72   Wt. 148 lb
Lungs: CTA.
Heart: Reg S₁ S₂. No gallop.
Ext: No edema.   Anus: No extern. hemorr.
Labs
Hb 5.7   Hct 19.0

A: Severe anemia from bleeding hemorrhoid

P: House in infirmary
FeSO4 325 mg TID
MOM 30 cc PO HS PRN
Will make arrangements to transfer to Hosp. for transfusion and surgical consult.

Simon, MD
Simon

CMSAL-001

# NaphCare — Nurse's Notes

| Date and Time | | Nurse's Name |
|---|---|---|

2/17/02 – 10pm–6am – S – No complaints voiced. O – Has slept well. Color + resp reg. Skin WD – No signs of bleeding – States only a little bleeding p BM – Vd. suff amts – Chest clear – Abd soft – Bowel sounds present all quads. Nsg. inspec. 24°/0 – Denies N,V or pain. Cooperative – A+O x3 – Pleasant mood – No acute distress noted. A – ALT in comfort/Health maint R/T anemia. P – Continue current POC & monitor for further/worsening bleeding. V/S – BP 138/86 – 88 – 16 – 98.2. — — — [signature]

2-17-02 2p-10p – IM in pleasant mood – cooperative – denies any bleeding, except occasion small amt c̄ BM – no distress noted – Abd sxxn – skin WD to touch – lungs clear to auscultation – Cont. POC — — 20g [signature]

2/22/02 – pm – Received back from Huntsville Hosp. – Advised Dr. Simon – No new orders – Released to DOC/pop & will be called back to HCU next week for collection of stool specimen. – Adv. inmate of plans – Verbalized understanding. — — — [signature]

| Name – Last | First | Middle | Inmate No. |
|---|---|---|---|
| Woods, Ernest | | | 116978 |

Nurse's Notes    NC005



**LabCorp** — LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | Page #: |
|---|---|---|---|---|
| 206-684-3244-0 | S | YX | COMPLETE | 1 |

**ADDITIONAL INFORMATION**

SCC  FASTING: Y  DOB: 12/13/1959

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODS, EARNEST | M | 45 / 7 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 7/25/2005 | 12:14 | 7/25/2005 | 7/25/2005 | 23:35 | 9246 |

**CLINICAL INFORMATION**
CD-41147606789

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| WILLIAMS | 116978 |

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore   AL   36205-0000
ACCOUNT NUMBER: 01308900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| AlP+ALT+AST+TBili | | | | |
| Bilirubin, Total | 0.8 | mg/dL | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 70 | IU/L | 25 - 150 | YX |
| AST (SGOT) | 38 ✓ | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 43 ✓ | IU/L | 0 - 55 | YX |

**Please note reference interval change**

LAB: YX LabCorp Montgomery Hull    DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery, AL 36104-0000

*Liver enzymes have been normal since 7/25/05*

Michael Bosserman, MD

DMW 7/29/06

| Pat Name: WOODS,EARNEST | Pat ID: 116978 | Spec #: 206-684-3244-0 | Seq #: 9246 |

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report



**LabCorp** LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 175-084-3213-0 | S | YX | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

SCC         FASTING: Y
            DOB: 12/13/1959

CLINICAL INFORMATION
CD-41147606454

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| WOODS,EARNEST | M | 45 / 6 |

PHYSICIAN ID.     PATIENT ID.
WILLIAMS          116978

PT. ADD.:

ACCOUNT: Staton Correctional Facility
Prison Health Services
2690 Marion Spillway Road
Elmore                AL  36205-0000

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 6/24/2005 | 9:16 | 6/24/2005 | 6/28/2005 | 18 12 | 8700 |

ACCOUNT NUMBER: 01308900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Hepatitis, Diagnostic (Prof I) | | | |
| Hep A Ab, IgM | Negative | Negative | MB |
| HBsAg Screen | Negative | Negative | MB |
| Hep B Core Ab, IgM | Negative | Negative | MB |
| Hepatitis C Virus Ab, Riba 3.0 | | | |
| > RIBA Result | Positive | Negative | BN |

LAB: BN LabCorp Burlington                 DIRECTOR: Frank Hancock  MD
1447 York Court, Burlington, NC 27215-2230

LAB: MB LabCorp Birmingham                 DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000

Pat Name  WOODS,EARNEST     Pat ID: 116978    Spec #: 175-084-3213-0    Seq #: 8700

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report



```
7186928   AREA/ROUTE/STOP: 000HDLA
LIMESTONE CORRECTIONAL FACILIT
28779 NICK DAVIS RD
CAPSHAW, AL 35742-0066
```


Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| WOODS, ERNEST | | LK | 42 | M | LYRENE, GEORGE |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE & TIME |
|---|---|---|---|---|---|---|
| 1 | 192427 | 012604740 | | 02132002 2:30 PM | 02142002 | 02152002 4:47AM |

REMARKS

EASTERN TIME
FASTING: U

| REPORT STATUS | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 12/13/1959
HEMATOCRIT                              %        38.5-50.0   AT
HEMOGLOBIN                   5.7        G/DL     13.2-17.1   AT

VERIFIED BY REPEAT ANALYSIS

anemia 2° rectal bleeding that resulted in transfusion

>> END OF REPORT - WOODS, ERNEST BY260474C <<

Michael Bosserman, MD

CS

1                                    INDICATES TESTING SITE SEE REVERSE SIDE

**LabCorp**

```
068-370-0128-0      $  M    FINAL   PG                00   01           03/09/00   09:02
1SST FIBERGENT CLOT L\B       DOB:
                              12/13/59                 Physician ID    Patient ID
         CD- 52033566583      FASTING Y                                116978
Patient Name                  Sex    Age (Yr/Mos)      Account
WOODS, ERNEST                  M      040/02           LIMESTONE CORRECTIONS FACILITY 012005
Patient Address                                                                              00
           ,                                           28779 NICK DAVIS ROAD                 00
Date Collected  Date Entered  Date Reported            CAPSHAW            , AL  35742-
 03/08/00       03/08/00       03/09/00    5497        256-233-4600        ALH
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CHEMISTRIES | | | | | M |
| Glucose, Serum | 95 | | mg/dL | 65 - 109 | M |
| Uric Acid, Serum | 4.4 | | mg/dL | 2.2 - 8.7 | M |
| BUN | 15 | | mg/dL | 5 - 26 | M |
| Creatinine, Serum | 1.4 | | mg/dL | 0.5 - 1.5 | M |
| BUN/Creatinine Ratio | 10 | | | | |
| Sodium, Serum | 139 | | mEq/L | 135 - 148 | M |
| Potassium, Serum | 4.0 | | mEq/L | 3.5 - 5.5 | M |
| Chloride, Serum | 106 | | mEq/L | 96 - 109 | M |
| Calcium, Serum | 9.0 | | mg/dL | 8.5 - 10.6 | M |
| Phosphorus, Serum | 4.9 | HI | mg/dL | 2.5 - 4.5 | M |
| Protein, Total, Serum | 6.6 | | g/dL | 6.0 - 8.5 | M |
| Albumin, Serum | 4.1 | | g/dL | 3.5 - 5.5 | M |
| Globulin, Total | 2.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | M |
| Alkaline Phosphatase, Serum | 40 | | IU/L | 25 - 150 | M |
| LDH | 187 | | IU/L | 100 - 250 | M |
| AST (SGOT) | 30 | | IU/L | 0 - 45 | M |
| ALT (SGPT) | 30 | | IU/L | 0 - 50 | M |
| GGT | 24 | | IU/L | 0 - 85 | M |
| Iron, Serum | 11 | LO | mcg/dL | 40 - 180 | M |
| LIPIDS | | | | | M |
| Cholesterol, Total | 184 | | mg/dL | 100 - 199 | M |
| Triglycerides | 93 | | mg/dL | 0 - 199 | M |

Handwritten note on report: "prior to transfusion - Normal, but increased."

Michael Bosserman, MD

```
LAB: MB LABCORP BIRMINGHAM              DIRECTOR: CONTACT   LABORATORY
      1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000
```

                    DIRECTOR: CONTACT    LABORATORY
    IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 256-772-7619 LAB: 205-581-3500
                          LAST PAGE OF REPORT

*[signature] 3-13-00 [signature]*

REPORT                              ©1999 Laboratory Corporation of America® Holding
                                                          All Rights Reserved

ROBERT S. SMITH, M.D.

DONALDSON CORRECTIONAL FA
TAYLOR FERRY ROAD
100 WARRIOR IN
BESSEMER, AL 35023

1078
AM

| | | | |
|---|---|---|---|
| ACCESSION NO | AGE | SEX | TOTAL VOL / SOURCE / DATE RECEIVED |
| 28553063 | | M | 02/14/95 |
| REFERRING PHYSICIAN | | CLIENT NO | DATE REPORTED |
| COOKSEY | | 200196 | 02/14/95 |
| ORDER STATUS | COLLECTION DATE/TIME | | CLIENT DATA |
| COMPLETE | 02/10/95 12:00 PM | | |

| TEST | OUT OF RANGE | IN RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| LAB SCAN | | | | |
| GLUCOSE | | | | |
| BUN | | | MG/DL | 10-26 |
| CREATININE | | 1.6 | MG/DL | 0.7-1.6 |
| B/C RATIO | | 8.1 | MG/DL | |
| URIC ACID | | | | |
| CHOLESTEROL | | | | |
| TRIGLYCERIDE | | 53 | MG/DL | 40-170 |
| TOTAL PROTEIN | 8.4 H | | GM/DL | 6.0-8.0 |
| ALBUMIN | | | | |
| GLOBULIN | | | | |
| A/G RATIO | | 1.4 | | |
| TOTAL BILIRUBIN | | 0.9 | MG/DL | 0.2-1.4 |
| DIRECT | | | | |
| | | | | |
| ALKALINE PHOSPHATASE | | 51 | MU/ML | 35-120 |
| CALCIUM | | 10.2 | MG/DL | 8.5-10.5 |
| PHOSPHORUS | | | | |
| LDH | | | | |
| SGOT | | 19 | MU/ML | 7-40 |
| SGPT | | 14 | MU/ML | 0-45 |
| SODIUM | 132 L | | | |
| POTASSIUM | 3.3 L | | | |
| CHLORIDE | 80 L | | MEQ/L | 96-110 |
| CO2 | | 26 | MEQ/L | 22-33 |
| CBC | | | | |
| WBC | | 5.6 | x10-3 CMM | 4.5-11.0 |
| RBC | | 5.62 | x10-6 CMM | 3.80-5.90 |
| HGB | | | | |
| HCT | | | | |
| MCV | | 80 | u-3 | 80-100 |
| MCH | | 27.1 | % | 26.0-34.0 |
| MCHC | | | | |
| RDW | | | | |
| PLATELET COUNT | | 252 | x10-3 CUMM | 144-440 |
| NEUTROPHILS | | 70.0 | % | 40.0-70.0 |
| LYMPHOCYTES | 14.0 L | | | |
| MONOCYTES | 16.0 H | | | |
| EOSINOPHILS | | 0.0 | % | 0.0-7.0 |
| BASOPHILS | | 0.0 | % | 0.0-2.0 |

* SEE REVERSE SIDE FOR TESTING LOCATION