IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ERNEST WOODS, | ) |
| Plaintiff, | ) |
| VS. | ) |
| DONAL CAMPBELL, ET AL. | ) 2:o5-CV-918-F |

## MOTION FOR EXTENTION OF TIME

Comes now the Plaintiff as in the above entitle proceeding pursuant to Rule 6 (b) Federal Rules of Civil Procedures and respectfully request this Honorable Court for an enlargement of time to include an 'additional thirty (30) days of the original date fixed by this Honorable court, and hereby shows in support of this motion as follows:

a). The Plaintiff asserts that this action demands "discovery of medical records in respect to the claim(s) He alleged to have violated His Constitutional Rights, and other "information that may require an 'amendment of this action.

b). That as a pro se litigant, the procedures are complex, and

c). the hours of access to the law library, legal material; and aide is limited, and the Plaintiff's aide is limited, and

d). the Plaintiff need copies of legal documents as 'exhibits in support of the claims thereto, and

e). the coping of said documents has from time to time took weeks.

f). That granting of such addidional timee would'nt prejudice the Defendant(s), nor the out-come of this action.

S O  I  P R A Y :

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20 th day of january, 2006, served a true and correct copy of the foregoing Motion for enlargement of time upon the counsel for all parties to this action by placing the same in the U.S. Mail with postage prepaid and addressed as follows:

### ADDRESS OF COUNSEL:

Office of Attorney General
State of Alabama
11 South Union street
MOntgomery, Alabama  36130

*[signature]*
Plaintiff's sighature
Ernest Woods
28779 Nick Davis Road

STATE OF ALABAMA          §
COUNTY OF LIMESTONE       §

I declare (or certify, verify, or state¬ under the penalty of perjury that the foregoing is true and correct.

EXECUTED ON THIS 20 TH DAY OF JANUARY, 2006,
Pursuant to 28 U.S.C. § 1746.

*[signature]*
Signature of Affiant
Ernest Woods