IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERNEST WOODS, #116 978 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-918-MEF |
| MR. DONAL CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2.  Plaintiff is GRANTED an extension from January 25, 2006 to February 23, 2006 to file his response to Defendants' written report.

Done this 30th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE