IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERNEST WOODS,
    Plaintiff,

vs.                        CASE NO: 2:05-CV-918-F

DONAL CAMPBELL, et., al.,
    Defendant(s).

**MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT**

Comes now the plaintiff, Ernest Woods, pro-se, and moves this Honorable Court to Proceed in Amending his original complaint, to add defendants and to better give details to specific explain to plaintiff's situation to this Court. And to ask this Honorable Court to award him for certain damages.

                                          Respectfully Submitted,

                                          ERNEST WOODS  #116979
                                          28779- Nick davis Rd.
                                          Harvest, AL  35749-7009

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 6 day of Feb, 2006, served a true and correct copy of the foregoing "Motion For Leave to Amend Original Complaint by placing same in the United States Mail, postage prepaid and properly addressed as follows;

    Cheairs M. Porter
    Assistant Attorney General
    State of Alabama
    11- South Union St.
    Montgomery, AL  36130

                                          ERNEST WOODS #116978