IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERNEST WOODS,

    Plaintiff,

vs.                          CASE NO: 2:05-CV-918-F

DONAL CAMPBELL, et.,al.,

    Defendant(s).

**ANSWER TO DEFENDANT(S) SPECIAL REPORT**

(1). Defendant Donal Campbell is Commissioner of the Alabama Department of Corrections.

(2). Defendant Leon Forniss is Warden at Staton Correctional Facility, charged with the care, custody, and control of the inmates.

**STATEMENT OF FACTS**

Comes now the plaintiff, Ernest Woods, pro-se, and states that the defendants have filed in this Honorable Court stating reasons for plaintiff's complaint to be dismissed in a Special Report.

(A). Defendants are not immuned from suit because they did place Plaintiff in grave danger, and at great risk by placing him in a situation to contract Hepatitis C.

(B). Plaintiff states that Defendant Campbell knew or should have known the daily functioning of Staton Correctional Facility, and that there were inmates in the general population that had Hepatitis C, and that preventive measures should have been taken so that other inmates could not contract Hepatitis C from those inmates that already had the Hepatitis C, as was contracted by Plaintiff

and the same apply to Defendant Forniss.

(C). Plaintiff states that Defendants have failed to produce his medical records from Staton Correctional Facility.

(D). Plaintiff states that Defendants under the 8th Amendment is liable for denying plaintiff humane condition of confinement, because they knew that other inmates in the general population had Hepatitis C, and disregarded the excessive risk to plaintiff's health because they were aware of the facts from which inference that could be drawn that a substantial risk and serious harm existed.

(E). Defendant Forniss states that clippers and other equipment used are sterilized on a continual basis with ultra violet light. But plaintiff states that there be a line of inmates to use the hair and shaving clippers, and they are handed to inmates that have Hepatitis C, for their use as well as the inmates that do not have Hepatitis C.

(F). Plaintiff states that he was at Staton Correctional Facility for 14 months, and that every 30 days he had blood word done for a knee injury and that it did not show that he had Hepatitis C until June 2005. Therefore Plaintiff have shown that he contracted Hepatitis C while at Staton Correctional Facility, and have shown the only way that he could have possibily contracted it.

WHEREFORE, PREMISES CONSIDERED, Plaintiff have shown where his Complaint should not be dismissed, and prays that this Honorable Court do not dismiss plaintiff's complaint based on the Defendant Special Report.

Respectfully Submitted,

*Ernest Woods 116978*
ERNEST WOODS   #116978

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of Feb., 2006, served a true and correct copy of the foregoing;"Answer To Defendant(s) Special Report", by placing same in the United States Mail, postage prepaid, and properly addressed as follows;

Cheairs M. Porter
Assistant Attorney General
State of Alabama
11- South Union St.
Montgomery, AL  36130

Ernest Woods 116978
ERNEST WOODS #116978
28779- Nick Davis Rd.
Harvest, AL 35749-7009