IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERNSET WOODS,
    Plaintiff,

v.                                        CASE NO: 2:05-CV-918-F

DONAL CAMPBELL, et., al.,
    Defendant(s)

**MOTION FOR APPOINTMENT OF COUNSEL**

Comes now the Plaintiff, Ernest Woods, pro-se, and moves this Honorable Court to appoint Him an attorney to represent plaintiff for reasons set out herein below:

(1). Plaintiff states that he is indignant to the facts of the law.

(2). Plaintiff states that the issues have become complexed to the degree that he totally do not comprehend and that he need the assistance of an attorney.

(3). Plaintiff states that he do not have the money and cannot afford an attorney to assist him.

                                          Respectfully Submitted,

                                          *Ernest Woods 116978*
                                          ERNEST WOODS #116978
                                          28779- Nick Davis Rd.
                                          Harvest, AL 35749-7009

RECEIVED 2006 FEB -9 A 10:02

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 6th day of Feb. 2006, served a true and correct copy of the foregoing "Motion For Appointment Of Counse" on the Attorney General by placing same in the United States Mail, postage prepaid, and properly addressed as follows;

Cheairs M. Porter
Assistant Attorney General
State of Alabama
11- South Union St.
Montgomery, AL   36130

*Ernest Woods 116978*
ERNEST WOODS #116978
28779- Nick Davis Rd.
Harvest, AL   35749-7009