IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ERNEST WOODS, #116 978 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-918-MEF |
| MR. DONAL CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's February 9, 2006 Motion for Leave to Amend Complaint, and for good cause, it is

ORDERED that the motion (Doc. No. 16) be and is hereby DENIED as untimely.[1]

Done this 16th day of February, 2006.

      /s/Charles S. Coody
     CHARLES S. COODY
     CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The court's October 5, 2005 order of procedure informed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order . . . Proposed amendments or motions to amend filed after this date will be considered untimely. (Doc. No. 4, pg. 4 ¶ (4)(f).)