March 18-06    RECEIVED

2006 MAR 22  A 9:56

Ernest Woods A116978
Bearcat 2 - Bed 69
SLCC
3843 Stagg Ave
Basile, LA 70515

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Dear Mr. Coody:

I been transfer out of Alabama And please don't hold me for uses this kind of paper But I Could'nt get the right paper And At this moment, I Could'nt get to the Store to buy a Legal Pad. Please Sir take this letter Cause I don't Know when the State of Alabama Would move us Inmates to another privilege prisoner Cause that where I at now. thank Sir.

Sincerely Yours
Ernest Woods 116978