April 4-06

RECEIVED
2006 APR -7 A 10: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

Ernest Woods-A116978
Bearcat 2 - Bed 69
SLCC - 3843 Stagg-Ave
Basile, LA 70515

In The United States District Court
For The Middle District of Alabama
Northern Division

Civil Action No. 2:05 CV-918-F

Dear Mr. Coody:

I'm writing you, to let the Court know that I've transfer to South Louisiana - Correctional Center. 3843 Stagg Avenue Basile, Louisiana 70515. Mr. Coody, would you, please hold back on my case cause down here, we Inmates, don't have Alabama Law Book at this time But they said that they will get us some Law Books from Alabama Soon. I pray that the Court, will wait until I get back to Alabama, so I can get some help Cause I've no knowelege of the Law. thank very much sir.

Sincerely
Ernest Woods A 116978
Civil Action No. 2:05 CV-918F