July 11-06

RECEIVED
2006 JUL 12 A 9:35
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ernest Woods 116978
2514 Alabama-Ave
Selma, Alabama 36701

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Ernest Woods #116978          2:05-CV-918 MEF
   Plaintiff,                      (WO)
   V.
Mr. Donal Campbell, et al,
   Defendants.

Dear Mr. Coody:
   I'm writing to let you know that I've move to this address, so please contact me at this address, when you need to. Thank you, very much Sie

Sincerely
Ernest Woods
2514 Alabama-Ave
Selma, Al. 36701