Aug-10-06

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 11 A 9:48

| | |
|---|---|
| ERNEST Woods #116978<br>Plaintiff,<br>V.<br>MR. DONAL CAMPBELL, et al,<br>Defendants. | 2:05-CV-918-MEF<br>(WO) |

DEAR MR. COODY:

I'm writing this court to let the court know that I've move and I'm living at this address here. ALABAMA AVE Selma ALABAMA 36703 And would you, please let me know are my case still in Court. I pray that the Court will let me hear from it and to let me, know that the case are still in they court. I thank you, very much Sir.

Sincerely yours
ERNEST Woods
2514 ALABAMA - AVE
Selma, ALABAMA 36703