April 29, 07

733 Mwenye St. Apt B
Selma, AL. 36701-8454

REC
2007 MAY -9 A 9:52

Ernest Woods
 Plaintiff,
  V.
Mr. Donal Campbell, et al,
 Defendants,

2:05-CV-918-MEF
(WO)

Dear Mr. Coody:

I'm writing the Court, letting you know that the decision that the Court made was unfair in my behalf cause I've been lockup since I was 16 yrs old and I've not had any Hepatitis C. or any others virus, Sir it is not right for me, to have to pay for all Costs and God, know that the State, gave me no treatment and I've been release after serve 30 yrs in prisoner and I'm in so much Debts and I got to pay the Hospital for some treatment for that Hepatitis C. and I owe so many Debts Sir and I just pray that if you, have the Lord, in your life that, you will consider the

rulers and have the STATE to pay for my treatment and the court costs cause I've no money to pay for a lawyer and I only got a 9th edicate and it have not been that easy on me after 30 yrs lockup But God, have bless me to do the right things and it sure not Matter if I went to a free world Hospital, the STATES is still over me cause I was a inmate at the time and I cannot affore a lawyer cause I'm in so much DEBTS Sir. I pray that God, will touch your heart not to had me in a lots much Debts that I'm already in. Please Sir.

Sincerely Yours
Ernest Wood.

MONTGOMERY AL 361
08 MAY 2007 PM 4 L

MR. CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711

ERNEST WOODS
733 MWENYE ST. APT B
Selma, AL. 36701-8454