IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ERNEST WOODS, #116978, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-918-MEF |
| | ) WO |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #27) to the Recommendation of the Magistrate Judge filed on May 9, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #26) filed on April 17, 2007 is adopted;

3. The defendants' motion for summary judgment (Doc. #12) is GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 15th day of May, 2007

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE