Ernest Woods
733 WilMenye St. Apt B
Selma, Alabama 36701-8454

MONTGOMERY AL 361
04 JUN 2007 PM 1 L

Office of The Clerk
United States District Court
P.O. Box 711
MontGomery, Alabama 36101-0711

Ella Fitzgerald